# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ELYN J. MARTES,

              Appellant

            v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA BOARD OF PROBATION
AND PAROLE,

              Appellees

:  No. 33 MAP 2023
:
:
:
:
:
:
:
:
:
:
:
:

**PER CURIAM**

      **AND NOW,** this 27th day of July, 2023, as the statement of questions presented in the jurisdictional statement does not address the Commonwealth Court's rationale, the notice of appeal is quashed.  *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein[,] will ordinarily be considered by the Court.").